■ In the Matter of FRANK DI CHIARO, Appellant, v. NEW YORK CITY POLICE PROPERTY CLERK, Respondent.— On the stipulation of the attorneys

for the respective parties, including the Attorney-General, dated July 24, 1973, the appeal from a judgment of the Supreme Court, Queens County, entered October 20, 1972, is deemed withdrawn, without costs. Hopkins, Acting P. J., Martuscello, Latham, Shapiro and Benjamin, JJ., concur.